

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Frances Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*frances.bajada@usdoj.gov*

main: (973) 645-2700
direct: (973) 297-2038

July 26, 2026

<u>**Via ECF**</u>
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re:    ***Garcia Mendez v. Venturella, et al.*, No. 26-cv-09080 (CCC)**
>        **Release of Petitioner**

Dear Judge Cecchi:

   This Office represents Respondents in the above habeas immigration action. Pursuant to the July 24, 2026 Text Order, ECF 3, we respectfully write to inform the Court that U.S. Immigration and Customs Enforcement has informed this Office that it released Petitioner from Delaney Hall Detention Facility on July 24, 2026 at 8:24 p.m., under the same conditions that existed prior to his detention. ICE further informed that Petitioner received his personal property. Accordingly, Respondents respectfully request that the Court close this action.

   We thank the Court for its consideration of this matter.

                              Respectfully submitted,

                              ROBERT FRAZER
                              United States Attorney

The Clerk's Office is directed to
close this case.

SO ORDERED

By:    *s/Frances Bajada*
       FRANCES BAJADA
       Assistant United States Attorney
       *Attorney for Respondents*

   *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:   7/27/2026